**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-6786

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

ROBERT DEWAYNE MILLIGAN, a/k/a Wayne,

Defendant - Appellant.

Appeal from the United States District Court for the District of
South Carolina, at Florence.  R. Bryan Harwell, District Judge.
(4:12-cr-00669-RBH-6)

Submitted:  September 16, 2015        Decided:  October 1, 2015

Before MOTZ, DUNCAN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Dewayne Milligan, Appellant Pro Se.  Arthur Bradley
Parham, Assistant United States Attorney, Florence, South
Carolina; Stanley D. Ragsdale, Assistant United States Attorney,
Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Dewayne Milligan appeals the district court's order denying Milligan's 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Milligan</u>, No. 4:12-cr-00669-RHB-6 (D.S.C. May 8, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>